1  Jan E. Tomsky, SBN 173131
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH**
   899 Northgate Drive, Suite 200
3  San Rafael, CA 94903-3666
   Telephone: (415) 459-3008
4  Facsimile (415) 456-3826

5  Attorneys for Defendants
   VACAVILLE UNIFIED SCHOOL DISTRICT

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 J.C., a minor, by and through J.C., his Guardian )    CASE NO. CIV-S-05-0092-FCD-KJM
   Ad Litem,                                        )
12                                                  )    **STIPULATION TO BRIEFING**
                           Plaintiff,               )    **SCHEDULE FOR PLAINTIFF'S IDEA**
13                                                  )    **CLAIM; ORDER**
   v.                                               )
14                                                  )    Trial Date:    July 11, 2006
   VACAVILLE UNIFIED SCHOOL DISTRICT,               )    Time:          9:00 a.m.
15                                                  )    Judge:         Hon. Frank C. Damrell Jr.
                           Defendant.               )
16                                                  )     "AS MODIFIED"
                                                    )
17                                                  )
   _____ )
18

19         IT IS HEREBY STIPULATED by and between Plaintiff J.C. ("Plaintiff"), by and through J.C.,

20 his Guardian Ad Litem, through his attorneys, Varma & Clancy by Geralyn M. Clancy, Esq. and

21 Defendant Vacaville Unified School District ("District"), through its attorneys, Lozano Smith by Jan E.

22 Tomsky, Esq. as to the following:

23         1.      Currently, the last day for Plaintiff and the District to file their joint pretrial statement

24 is April 28, 2006, and the Plaintiff's and the District's pretrial conference is scheduled for May 5, 2006

25 at 2:30 p.m.

26         2.      The only claim that Plaintiff maintains is based on the federal Individuals with

27 Disabilities Education Act ("IDEA") and related state law for the review of a Special Education Hearing

28 Office ("SEHO") decision rendered on or about October 19, 2004.

3.     Because Plaintiff's only claim is for the review of SEHO's due process decision under the IDEA, which is based on the administrative record developed in the underlying due process decision, and no live testimony is required by either party, the parties stipulate to a briefing schedule where: 1) Plaintiff will file an Opening Brief by May 22, 2006; 2) the District will file its Opposition to said Opening Brief by June 23, 2006; and 3) Plaintiff will file his Reply to said Opposition by June 30, 2006.

4.     The parties agree that, because of the unique nature of an appeal of a special education administrative due process hearing in federal court, such dispositive appeal briefing based on the administrative record below, followed by oral argument, is not akin to a motion brought under rule 56 of the Federal Rules of Civil Procedure.

5.     The parties agree that when Plaintiff files his Opening Brief, he may submit additional evidence, in the form of declarations and supporting exhibits, not found in the administrative record of the underlying due process decision, relevant to establishing the value of Plaintiff's compensatory education remedy as it relates to his appeal in this case.  Correspondingly, the parties agree that when the District files its Opposition Brief, it may submit additional evidence in the form of counter-declarations and attached exhibits, also not found in the administrative record, relevant to the issue of the value of Plaintiff's compensatory education remedy as it relates to Plaintiff's appeal in this case, as raised in Plaintiff's Opening Brief.

6.     The parties agree that the Court's scheduled deadline for filing a joint pretrial statement and the scheduled pretrial conference should be vacated.

7.     The parties also agree that the Court's scheduled trial date of July 11, 2006, should remain on calendar.  However, the parties agree that the expected time of trial will no longer be two-to-three days.  Rather, the parties agree that the scheduled trial date should serve as a date to conduct oral arguments before the Court based on the submitted briefing.

8.     The parties further agree that should Plaintiff prevail in the appeal of the administrative due process decision and subsequently seek attorneys' fees under the IDEA, the Court should retain

/ / /

/ / /

/ / /

jurisdiction over the issue of attorneys' fees and the parties may submit additional evidence not included

in the administrative record that is relevant to the determination of attorneys' fees at that time.

Dated: March 17, 2006                                    Respectfully submitted,

                                                         VARMA & CLANCY


                                                         /s/ Geralyn M.Clancy
                                                         GERALYN M. CLANCY
                                                         Attorneys for Plaintiff
                                                         J.C.


Dated: March 20, 2006                                    Respectfully submitted,

                                                         LOZANO SMITH


                                                         /s/ Jan E. Tomsky
                                                         JAN E. TOMSKY
                                                         Attorneys for Defendant
                                                         VACAVILLE UNIFIED SCHOOL
                                                         DISTRICT

ORDER

IT IS HEREBY ORDERED that the parties will submit to the following briefing schedule for the Plaintiff's IDEA due process decision appeal:  1) Plaintiff J.C. will file an Opening Brief by May 22, 2006; 2) Defendant Vacaville Unified School District will file an Opposition Brief to said Opening Brief by June 23, 2006; and 3) Plaintiff J.C. will file a Reply Brief to the said Opposition Brief by June 30, 2006.  The parties will conduct oral argument based on the submitted briefing on July 21, 2006 at 10:00 a.m.  The Final Pretrial date and Court trial date are VACATED.

IT IS FURTHER ORDERED that Plaintiff may submit additional evidence in the form of declarations and attached exhibits with his Opening Brief on the issue of the value of Plaintiff's compensatory education remedy as it relates to his appeal in this case; and that the District may submit counter-declarations and attached exhibits with its Opposition Brief as it relates to the same.

IT IS FURTHER ORDERED that should Plaintiff prevail in the appeal of the administrative due process decision and subsequently seek attorneys' fees, the Court will maintain jurisdiction over the issue of attorneys' fees, and the parties may submit additional evidence relevant to the issue of attorneys' fees that is not contained in the underlying administrative record.  The submission of such evidence is and will only be permitted and/or relevant in the instance Plaintiff prevails and may be entitled to attorneys' fees.

DATED: March 22, 2006

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell Jr.
Judge
United States District Court