**VARMA & CLANCY**
Attorneys at Law
Geralyn M. Clancy (SBN 173401)
Bob N. Varma (SBN 173508)
4354 Town Center Boulevard, Suite 114-17
El Dorado Hills, CA 95762
tel (916) 941-4912
fax (916) 941-4972
e-mail gmclancy@varmaclancy.com

Attorneys for Plaintiff J.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a Minor, By and Through J.C., His Guardian Ad Litem,<br><br>   Plaintiff,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT,<br><br>   Defendant.<br>_____/ | CASE NO. 2:05-CV-0092-FCD-KJM<br><br>STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION; ORDER |

   IT IS HEREBY STIPULATED by and between Plaintiff J.C. ("Plaintiff"), by and through J.C., his Guardian Ad Litem, through his attorneys, Varma & Clancy by Geralyn M. Clancy, Esq. and Defendant Vacaville Unified School District ("District"), through its attorneys, Lozano Smith by Jan E. Tomsky, Esq. as to the following:

   1.   Defendant filed its Opposition to Plaintiff's Closing Brief on Friday, June 23, 2006. Currently, the last day for Plaintiff to file his Reply to Defendant's Opposition to Plaintiff's Opening Brief is Friday, June 30, 2006.

   2.   Plaintiff requested an extension of time in order to review and respond to Defendant's brief, declarations, and exhibits, because one week's time is not sufficient to be able to adequately review and respond to Defendant's Opposition given the volume of the filing.

---

3. The parties stipulate to a one-week extension so that Plaintiff's Reply is due on Friday, July 7, 2006. Plaintiff understands that this extension is subject to Court approval.

4. Oral argument is scheduled before the Court on Friday, July 21, 2006, at 10:00 a.m.

5. The parties stipulate that the hearing date may remain on calendar for Friday, July 21, 2006, at 10:00 a.m., as scheduled, unless the Court requires additional time to review the pleadings. As an alternate date, the parties are available on August 18, 2006 for oral argument.

Dated: June _26_, 2006

Respectfully submitted,

VARMA & CLANCY

  /s/ Geralyn M. Clancy

GERALYN M. CLANCY
Attorneys for Plaintiff J.C.

Dated: June ____, 2006

Respectfully submitted,

LOZANO SMITH

JAN E. TOMSKY
Attorneys for Defendant
VACAVILLE UNIFIED SCHOOL DISTRICT

ORDER

1  The Court, having considered the Stipulation by the parties, and good cause appearing,
2  Plaintiff is granted his request for a one-week extension of time.
3  IT IS HEREBY ORDERED that an extension of time of one week for Plaintiff to file his
4  Reply brief is granted.  Plaintiff will file his Reply brief no later than Friday, July 7, 2006.
5  The parties will conduct oral argument on Friday, August 18, 2006 , at 10:00 a.m.

7  DATED: June 27, 2006

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
Judge, United States District Court