**VARMA & CLANCY**
Attorneys at Law
Geralyn M. Clancy (SBN 173401)
Bob N. Varma (SBN 173508)
4354 Town Center Boulevard, Suite 114-17
El Dorado Hills, CA 95762
Tel: (916) 941-4912
Fax: (916) 941-4972
E-mail: gmclancy@varmaclancy.com

Attorneys for Plaintiff J.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a Minor, By and Through J.C., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:05-CV-0092-FCD-KJM<br><br>ORDER GRANTING *EX PARTE* APPLICATION TO LODGE ADMINISTRATIVE RECORD UNDER SEAL |

The *Ex Parte* Application submitted on behalf of Plaintiff J.C., by and through his Guardian Ad Litem, J.C., to lodge the administrative record under seal, came before this Court. Plaintiff's *Ex Parte* Application and the Memorandum of Points and Authorities having been considered, and good cause appearing,

The Court orders that Plaintiff be allowed to lodge the administrative record under seal.

IT IS SO ORDERED.

DATED: August 15, 2006                    /s/ Frank C. Damrell Jr.
                                          Hon. Frank C. Damrell, Jr.
                                          United States District Court Judge