JACK B. CLARKE, JR., Bar No. 120496
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

Attorneys for Defendant
Vacaville Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| J.C. a minor, by and through J.C., his Guardian Ad Litem,<br><br>    Plaintiff,<br><br>    v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 2:05-CV-00092-FCD-KJM<br>Judge: Hon. Frank C. Damrell Jr.<br><br>ORDER ON SUBSTITUTION OF COUNSEL FOR DEFENDANT VACAVILLE UNIFIED SCHOOL DISTRICT |

Pursuant to the parties' substitution of counsel, document #46, filed on October 12, 2006 IT IS HEREBY ORDERED THAT:

The Substitution of Counsel for Defendant Vacaville Unified School District is approved. Accordingly, Jack B. Clarke of Best Best & Krieger LLP is substituted in as counsel of record for Defendant Vacaville Unified School District for all matters in the instant case.

Dated: October 13, 2006        /s/ Frank C. Damrell Jr.
                               UNITED STATES DISTRICT COURT JUDGE